MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case                                            7

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Shaneka Kneeland

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Experian Information Solutions, INC.
Equifax Information Services, LLC.
Transunion, LLC.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:25-cv-12761
Assigned To : Parker, Linda V
Referral Judge: Patti, Anthony P.
Assign. Date : 9/2/2025
Description: CMP SHANEKA KNEELAND V EXPERIAN ET AL (LLH)

Jury Trial:     ☑ Yes    ☐ No
                *(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shaneka Kneeland |
| Street Address | 29315 Woodpark Cir. |
| City and County | Warren    Macomb County |
| State and Zip Code | Michigan   48092 |
| Telephone Number | (248) 383-3656 |
| E-mail Address | Shaneka4988@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Experian Information Solutions, Inc. |
| Job or Title (if known) | |
| Street Address | 475 Anton Boulevard |
| City and County | Costa Mesa, Orange County |
| State and Zip Code | California   92626 |
| Telephone Number | (714) 830-7000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Equifax Information Services, LLC |
| Job or Title (if known) | |
| Street Address | 1550 Peachtree Street, N.W. |
| City and County | Atlanta   Fulton County |
| State and Zip Code | Georgia   30309 |
| Telephone Number | (314) 496-3783 |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

- Name: Transunion, LLC.
- Job or Title (if known):
- Street Address: 555 W. Adams Street
- City and County: Chicago    Cook County
- State and Zip Code: Illinois    60661
- Telephone Number: (312) 985-2000
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SHANEKA KNEELAND,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;

EQUIFAX INFORMATION SERVICES, LLC;

TRANSUNION, LLC,

    Defendants.

COMPLAINT AND DEMAND FOR JURY TRIAL

1. This is a civil action for damages brought under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA").

2. Jurisdiction is conferred on this Court pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue is proper in this district under 28 U.S.C. § 1391(b), as the Plaintiff resides in this district and a substantial part of the events or omissions giving rise to the claim occurred here.

4. Plaintiff Shaneka Kneeland is a natural person and a resident of Michigan.

5. Defendant Experian Information Solutions, Inc. ("Experian") is a consumer reporting agency as defined in 15 U.S.C. § 1681a(f).

6. Defendant Equifax Information Services, LLC ("Equifax") is a consumer reporting agency as defined in 15 U.S.C. § 1681a(f).

7. Defendant TransUnion, LLC ("TransUnion") is a consumer reporting agency as defined in 15 U.S.C. §1681a(f).

8. Plaintiff obtained a 3-bureau Smart Credit report dated May 5, 2025, which revealed numerous materially inconsistent and inaccurate entries across Experian, Equifax, and TransUnion credit files.

9. Multiple tradelines showed discrepancies in the Date Opened, Date of Last Activity, Date of Last Payment, High Balance, and Account Status fields.

10. For example, Credit One accounts were closed on TransUnion and Experian, but Equifax reported the same account as open with a dispute in progress.

11. Capital One accounts showed charge-off statuses with different balances and dates across the three bureaus.

12. GS Bank USA, Nordstrom/TD, BK OF MO/Total Visa, and other accounts reported inconsistent High Balances and activity dates.

13. Comenity Bank/ Victoria Secret reported two different accounts as charge-off on all three bureaus as well as reporting falsely under Midland Credit on Transunion and Experian.

14. Michigan First Credit Union reporting two different accounts as charge-off on all three bureaus with different balances and dates.

15. Lincoln AFS was closed on TransUnion and Experian, but Equifax reported the same three accounts as closed with a dispute in progress with one account reporting as charge-off on Transunion with different balances.

16. Austin Capital Bank as well as Chrysler Cap reporting inconsistent late payments across the three bureaus.

17. Tek-Collect Inc reporting inaccurately on Experian as charge-off.

18. Navient, Dept Ed Nelnet, USDOE/GLESI are reporting multiple accounts but different balances and dates across the three bureaus.

19. CB/BUCKLE reported as closed with different balances and dates on Transunion and Experian.

20. Plaintiff disputed the accounts with the credit bureaus and/or data furnishers, but Defendants failed to conduct a reasonable reinvestigation or to correct the inaccurate data.

21. Defendants failed to maintain reasonable procedures to assure maximum possible accuracy as required under 15 U.S.C. § 1681e(b).

22. Defendants further failed to comply with their obligations under 15 U.S.C. § 1681i to properly reinvestigate Plaintiff's disputes.

23. As a result of Defendants' conduct, Plaintiff has suffered credit denials, mental and emotional distress, reputational harm, and loss of financial opportunities.

24. Plaintiff seeks actual damages, statutory damages, punitive damages, attorney's fees, and costs.

COUNT I - VIOLATION OF FCRA, 15 U.S.C. § 1681e(b)

25. Plaintiff incorporates all preceding paragraphs.

26. Defendants failed to follow reasonable procedures to assure maximum possible accuracy in the preparation of Plaintiff's credit reports.

27. As a result, Plaintiff suffered damages described above.

COUNT II - VIOLATION OF FCRA, 15 U.S.C. § 1681i

28. Plaintiff incorporates all preceding paragraphs.

29. Defendants failed to conduct a reasonable reinvestigation after Plaintiff disputed the inaccurate information.

30. As a result, Plaintiff suffered damages described above.

WHEREFORE, Plaintiff demands judgment for actual, statutory, and punitive damages, attorney's fees and costs, and such other relief as the Court deems just and proper.

Plaintiff demands a trial by jury on all issues so triable.

Plaintiff affirms that no prior action has been filed in any court related to these claims.


Respectfully submitted,


*/s/ Shaneka Kneeland*

Shaneka Kneeland

Plaintiff, Pro Se

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Shaneka Kneeland

**DEFENDANTS**
Transunion LLC
Experian Information Solutions, LLC
Equifax Information Services, LLC

(b) County of Residence of First Listed Plaintiff: **Macomb**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Cook**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- [x] **480 Consumer Credit (15 USC 1681 or 1692)**
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

480

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____