UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANEKA KNEELAND,

Plaintiff,

v.

Case No. 25-cv-12761
Honorable Linda V. Parker

EXPERIAN INFORMATION SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,

Defendants.
_______________________/

**OPINION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE**

On September 2, 2025, Plaintiff filed this lawsuit against Defendants, alleging violations of the Fair Credit Reporting Act. On July 15, 2026, this Court issued a decision denying without prejudice a motion for judgment on the pleadings filed by Defendants and giving Plaintiff the opportunity to amend her complaint. (ECF No. 36.) The Court instructed Plaintiff to file an amended complaint within twenty-one days. (*Id.* at PageID.181.)

When Plaintiff failed to file an amended pleading by the deadline or otherwise take action in the matter, the Court issued an order requiring her to show cause as to why her Complaint should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Eastern District of Michigan Local Rule 41.2. (ECF No. 39.) Plaintiff was ordered to respond to

the show cause order in writing within fourteen days. (*Id*. at PageID.190.) That deadline too has expired without Plaintiff responding or otherwise taking action in the matter.

Therefore,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.2.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 9, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 9, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager